IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ROCHELLE CLEAVER,**

   *Plaintiff*,

v.                                            Case No.: 1:21cv157-MW/GRJ

**IGOR DEPENA,**

   *Defendant*.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 7. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 7, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice**." The Clerk shall close the file.

**SO ORDERED** on December 29, 2021.

                                           s/Mark E. Walker_____
                                           **Chief United States District Judge**